UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AUSTIN NEATHERY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01723-RLY-MG |
| | ) | |
| RANDY RETTER, | ) | |
| | ) | |
| Respondent. | ) | |

## **FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final judgment,

now enters FINAL JUDGMENT. The action is dismissed with prejudice as procedurally

defaulted.

Date: _7/21/2026_____

Kristine L. Seufert, Clerk of Court

By: _Dina M. Dagle_____
      Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

AUSTIN NEATHERY
265006
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Tyler G. Banks
INDIANA ATTORNEY GENERAL
tyler.banks@atg.in.gov